UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
CARTIER, A Division Of
RICHEMONT NORTH AMERICA,
INC.; and CARTIER
INTERNATIONAL, N.V.,

                             08 CV 6969 (VM)

        Plaintiffs,

                             **NOTICE OF DISMISSAL**
  - against –                    **WITH PREJUDICE**

DONNA KARAN INTERNATIONAL INC.,

        Defendant.
------------------------------------------------------------- X

      PLEASE TAKE NOTICE that this action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: August 7, 2008
       New York, New York

                                     MOSES & SINGER LLP

                                     By: _____
                                     David Rabinowitz (DR-5205)
                                     Jordan Greenberger (JG-0316)
                                     405 Lexington Avenue
                                     New York, New York 10174-1299
                                     Tel.: 212-554-7800
                                     Fax: 212-554-7700

                                     *Attorneys for Plaintiffs*

708831v1  011036.0107

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
CARTIER, A Division Of
RICHEMONT NORTH AMERICA, INC.; and
CARTIER INTERNATIONAL, N.V.,

           Plaintiffs,

- against -

DONNA KARAN INTERNATIONAL INC.,

           Defendant.
------------------------------------------------------------ X

**AFFIDAVIT OF SERVICE**

08 CIV 6969 (VM)

STATE OF NEW YORK    )
                            : Ss
COUNTY OF NEW YORK  )

    Muyindeen Olajide, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over the age of eighteen, and reside in the State of New York.

    2.    On August 7, 2008, at approximately 10:28 am I served **Notice of Dismissal with Prejudice** upon Defendant Donna Karan International Inc., by delivering and leaving a true copy thereof with **Antonio Borrelli** Assistant General Counsel for Defendant Donna Karan International Inc. located at 240 West 40th Street, New York New York 10018.

    The following is a description of **Antonio Borrelli.**:

**Race**: White    **Sex**: Male    **Approximate Age**: 35-45

**Hair Color**: Blk    **Approximate Height**: 5'3    **Approximate Weight**: 150-190

                                                                  _____
                                                                  Muyindeen Olajide

Sworn to before me this
7th day of August, 2008

_____
Notary Public

KERWYN WELCH
NOTARY PUBLIC, State of New York
No. 01WE4965679
Qualified in Queens County
Certificate Filed in New York County
Commission Expires April 23, 2010

708683v1  011036.0107