```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-8-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
CARTIER, A Division Of
RICHEMONT NORTH AMERICA,
INC.; and CARTIER
INTERNATIONAL, N.V.,

          Plaintiffs,

- against –

DONNA KARAN INTERNATIONAL INC.,

          Defendant.
------------------------------------------------------------- X

08 CV 6969 (VM)

**NOTICE OF DISMISSAL
WITH PREJUDICE**

PLEASE TAKE NOTICE that this action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: August 7, 2008
      New York, New York

                        MOSES & SINGER LLP

                        By: _____
                        David Rabinowitz (DR-5205)
                        Jordan Greenberger (JG-0316)
                        405 Lexington Avenue
                        New York, New York 10174-1299
                        Tel.: 212-554-7800
                        Fax: 212-554-7700

                        *Attorneys for Plaintiffs*

```
SO ORDERED. The Clerk of Court is directed to withdraw
any pending motions in this action and to close this case.
SO ORDERED.
8-7-08
Date                    Victor Marrero, U.S.D.J.
```

708831v1 011036.0107

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
CARTIER, A Division Of
RICHEMONT NORTH AMERICA, INC.; and
CARTIER INTERNATIONAL, N.V.,

              Plaintiffs,

- against -

DONNA KARAN INTERNATIONAL INC.,

              Defendant.

------------------------------------------------------------ X

**AFFIDAVIT OF SERVICE**

08 CIV 6969 (VM)

STATE OF NEW YORK    )
                            : Ss
COUNTY OF NEW YORK  )

Muyindeen Olajide, being duly sworn, deposes and says:

1.    I am not a party to this action, am over the age of eighteen, and reside in the State of New York.

2.    On August 7, 2008, at approximately 10:28 am I served **Notice of Dismissal with Prejudice** upon Defendant Donna Karan International Inc., by delivering and leaving a true copy thereof with **Antonio Borrelli** Assistant General Counsel for Defendant Donna Karan International Inc. located at 240 West 40th Street, New York New York 10018.

The following is a description of **Antonio Borrelli**.:

**Race**: White      **Sex**: Male      **Approximate Age**: 35-45

**Hair Color**: Blk    **Approximate Height**: 5'3    **Approximate Weight**: 150-190

                                                                              Muyindeen Olajide

Sworn to before me this
7th day of August, 2008

_____Kerwyn Welch_____
Notary Public

KERWYN WELCH
NOTARY PUBLIC, State of New York
No. 01WE6965679
Qualified in Queens County
Certificate Filed in New York County
Commission Expires April 23, 2010

708683v1 011036.0107